```
Court Name: U.S. District Court, Colorado
Division: 1
Receipt Number: COX000463
Cashier ID: sq
Transaction Date: 04/05/2007
Payer Name: ANDRUS BOUDREAUX
------------------------------------
CIVIL FILING FEE
 For: ANDRUS BOUDREAUX
 Amount:        $350.00
------------------------------------
CREDIT CARD
 Amt Tendered:  $350.00
------------------------------------
Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00

07-CV-696, SMITH V PFIZER


A fee of $45.00 will be assessed on
any returned check.
```