MDL, TERMED

# U.S. District Court
## District of Colorado (Denver)
### CIVIL DOCKET FOR CASE #: 1:07-cv-00696-EWN
### Internal Use Only

Smith v. Pfizer, Inc. et al
Assigned to: Judge Edward W. Nottingham
Case in other court: MDL, 1699
Cause: 28:1391 Personal Injury

Date Filed: 04/05/2007
Date Terminated: 06/04/2007
Jury Demand: Both
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

Darlene C. Smith

represented by **Vance Robert Andrus**
Andrus Boudreaux, PLC
1775 Sherman Street
#3100
Denver, CO 80203
303-376-6360
Fax: 303-376-6361
Email: vandrus@yahoo.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

Pfizer, Inc.

represented by **Katherine Michele Anderson**
Socha Perczak Setter & Anderson, P.C.
1775 Sherman Street
#1925
Denver, CO 80203
303-832-7265
Fax: 303-832-7438
Email: kmanderson@spalegal.com

**Defendant**

Pharmacia Corporation

represented by **Katherine Michele Anderson**
(See above for address)

**Defendant**

Monsanto Company

represented by **Katherine Michele Anderson**
(See above for address)

**Defendant**

G.D. Searle & Company

represented by **Katherine Michele Anderson**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/05/2007 | 1 | Plaintiff's Original COMPLAINT and Demand for Trial by Jury against Pfizer, Inc., Pharmacia Corporation, Monsanto Company, G.D. Searle & Company ( Filing fee $ 350, Receipt Number COX000463) Summons issued, filed by Darlene C. Smith. |

|  |  |  |
|---|---|---|
|  |  | (Attachments: # 1 Civil Cover Sheet # 2 Receipt)(llr, ) (Entered: 04/06/2007) |
| 04/06/2007 | 2 | Letter from Clerk to MDL Panel advising case may be related to MDL 1699. (llr, ) (Entered: 04/06/2007) |
| 04/11/2007 | 3 | SUMMONS Returned Executed by Darlene C. Smith. Pfizer, Inc. served on 4/6/2007, answer due 4/26/2007; Pharmacia Corporation served on 4/6/2007, answer due 4/26/2007; Monsanto Company served on 4/6/2007, answer due 4/26/2007; G.D. Searle & Company served on 4/6/2007, answer due 4/26/2007. (Andrus, Vance) (Entered: 04/11/2007) |
| 04/26/2007 | 4 | ANSWER to Complaint with Jury Demand by Pfizer, Inc., Pharmacia Corporation, Monsanto Company, G.D. Searle & Company.(Anderson, Katherine) (Entered: 04/26/2007) |
| 04/26/2007 | 5 | CORPORATE DISCLOSURE STATEMENT by Defendants Pfizer, Inc., Pharmacia Corporation, Monsanto Company, G.D. Searle & Company. (Anderson, Katherine) (Entered: 04/26/2007) |
| 04/26/2007 | 6 | Unopposed MOTION to Stay *All Proceedings Pending Transfer to Multidistrict Litigation Proceedings* by Defendants Pfizer, Inc., Pharmacia Corporation, Monsanto Company, G.D. Searle & Company. (Attachments: # 1 Exhibit A# 2 Exhibit B) (Anderson, Katherine) (Entered: 04/26/2007) |
| 05/02/2007 | 7 | MINUTE ORDER granting 6 Motion to Stay Pending Transfer to Multidistrict Litigation Proceedings. Entered by Judge Edward W. Nottingham on 5/2/07. (Text Only Entry - No Document Attached)(ewnsec, ) (Entered: 05/02/2007) |
| 05/02/2007 | 8 | Letter from MDL Clerk to USDC (San Francisco) Judge Charles Breyer re: CTO-63 of this case into MDL 1699. (llr, ) (Entered: 05/07/2007) |
| 05/15/2007 | 9 | Copy of Letter from MDL Panel to Clerk (USDC, San Francisco) re: CTO-63, transfer to the Northern District of California and assigned to Judge Breyer. (llr, ) (Entered: 05/18/2007) |
| 06/04/2007 | 10 | Conditional Transfer ORDER (CTO-63) by Clerk of the MDL Panel filed 4/25/07 of this case into MDL 1699 In re Bextra and Celebrex Marketing, Sales Practices and Products Liability Litigation pending before Judge Charles R. Breyer, USDC Northern Dist of CA. (Attachments: # 1 Transmittal Letter)(lamsl, ) (Entered: 06/06/2007) |

I, the undersigned, Clerk of the United States District Court for the District of Colorado, do certify that the foregoing is a true copy of an original document remaining on file and record in my office.
   WITNESS my hand and SEAL of said Court this 7th day of May 2007
GREGORY C. LANGHAM
By _____
   Deputy